UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | } | CHAPTER 13 |
| | } | |
| VALERIE N. TUCKER-VEAZEY, | } | CASE NO. 16-73175-PMB |
| | } | |
| DEBTOR. | } | |

**NOTICE OF HEARING**

**PLEASE TAKE NOTICE** that Melissa J. Davey, Chapter 13 Trustee has filed an *Amended Motion to Motion to Modify Plan, or in the Alternative, Motion to Dismiss Case and Notice of Hearing* and related papers with the Court seeking an order modifying the Plan or dismissing the case*.*

**PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing on the *Motion to Modify Plan, or in the Alternative, to Dismiss* in **at the U.S Courthouse, Richard B. Russell Building, 75 Ted Turner Drive S.W., Courtroom 1202, Atlanta, Georgia 30303-3367 at 9:25 AM on February 18, 2021. Given the current public health crisis, hearings may be telephonic only. Please check the "Important Information Regarding Court Operations During COVID-19 Outbreak" tab at the top of the GANB Website prior to the hearing for instructions on whether to appear in person or by phone.**

Your rights may be affected by the court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the court to grant the relief sought in these pleadings or if you want the court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing. The address of the Clerk's Office is Clerk, U.S. Bankruptcy Court, Suite 1340, 75 Ted Turner Drive, Atlanta Georgia 30303. You must also mail a copy of your response to the undersigned at the address stated below.

DATED:  This the 13th day of January, 2021.

                                                                 /s/
Taylor S. Mansell, GA Bar No.: 940461
Attorney for the Chapter 13 Trustee
260 Peachtree Street, NW, Suite 200
Atlanta, GA 30303
TEL:  (678) 510-1444
FAX:  (678) 510-1450
mail@13trusteeatlanta.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | } | CHAPTER 13 |
| | } | |
| VALERIE N. TUCKER-VEAZEY, | } | CASE NO. 16-73175-PMB |
| | } | |
| DEBTOR | } | |

## CHAPTER 13 TRUSTEE'S AMENDED MOTION TO MODIFY PLAN, OR IN THE ALTERNATIVE, MOTION TO DISMISS CASE

COMES NOW MELISSA J. DAVEY, Standing Chapter 13 Trustee in the above styled case, and files this, her Amended Motion to Modify Plan, or in the Alternative, Motion to Dismiss Case, and respectfully shows the court the following:

1.

On October 30, 2020 (Doc. No. 33), the Trustee filed her initial Motion Modify Plan, or in the Alternative, Motion to Dismiss Case, as the Debtor had failed to provide the Trustee his federal tax refunds for the year 2017 and 2018.

2.

In response to the Trustee's Motion, on or about January 4, 2021, the Debtor provided the Trustee with a copy of her 2017, 2018 and 2019 federal tax returns.

3.

The last Schedule I (filed June 14, 2017), reflected annualized household income for Debtor in the amount of $600.00 family support income and $267.00 pension income for a total annualized household income of $867.00.

4.

The 2017 federal income tax return provided by the Debtor reflects Debtor's gross household wages totaling $36,411.00. The 2018 federal income tax return provided by the Debtor reflects Debtor's gross household wages totaling $45,806.00. The 2019 federal income tax return provided by the Debtor reflects Debtor's gross household wages now total $29,476.00.

5.

Debtor earns about $19,072.00 more gross household wage income, but has not disclosed this aside from providing the tax return.  Specifically, Debtor has not provided updated pay advices and have not amended their budget since June 14, 2017.

6.

The Debtor has an affirmative duty to disclose any changes in income or expenses that occur during the pendency of the case. *In re Waldron*, 536 F.3d 1239, 1244 (11th. Cir. 2008); *Robinson v. Tyson Foods (In re Robinson)*, 595 F.3d 1269 (11th Cir. 2010).  To date, the Debtor has not filed an Amended Schedule I to disclose the additional income reported on their 2016, 2017, and 2018 tax returns, nor has the Debtor provided any explanation as to the manner in which he disposed of the additional income. As a result, the Debtor's plan payment should be increased, to account for the Debtor's undisclosed disposable income. 11 U.S.C. §§ 1329, 1325(a)(3).  It appears that Debtor's plan may be modified to pay all general unsecured creditors in full based on the additional disposable income.

7.

Because ongoing tax liability is uncertain given only the figures from the federal tax return, Trustee requests updated pay advices from the Debtor in order to calculate the additional net disposable income that is coming into their household that could be used to pay unsecured creditors.  If Debtor fails to provide these documents, Trustee requests dismissal of the case.

WHEREFORE, the Chapter 13 Trustee respectfully requests that this Court grant the Trustee's Motion and Modify the Chapter 13 Plan to require the Debtor to amend his plan and to provide updated payment advices and proof of all income, or, alternatively, to dismiss and for such other relief as this Court deems just and proper.

This the 13th day of January, 2021.

        /s/
Taylor S. Mansell, GA Bar No.: 940461
Attorney for the Chapter 13 Trustee
260 Peachtree Street, NW, Suite 200
Atlanta, GA 30303
TEL:  (678) 510-1444
FAX:  (678) 510-1450
mail@13trusteeatlanta.com

16-73175-PMB

# CERTIFICATE OF SERVICE

This is to certify that I have on this day electronically filed the foregoing Amended Motion to Modify Plan, or in the Alternative, Motion to Dismiss Case using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

ATTORNEY:

Howard P. Slomka
Slipakoff & Slomka, PC
HS@ATL.law

I further certify on this day I caused a copy of this document to be served via United States First Class Mail on the following parties at the address shown for each:

DEBTOR(S):

Valerie Nanette Tucker-Veazey
2825 Katherine Circle
Atlanta, GA 30331

This the 13th day of January, 2021.

                                   /s/
                          Taylor S. Mansell, GA Bar No.: 940461
                          Attorney for the Chapter 13 Trustee
                          260 Peachtree Street, NW, Suite 200
                          Atlanta, GA 30303
                          TEL:  (678) 510-1444
                          FAX:  (678) 510-1450
                          mail@13trusteeatlanta.com